IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAAHDI COLEMAN,

       Plaintiff,                    No. 2:12-cv-0962 EFB P

     vs.

RICK HILL, et al.,

       Defendants.          <u>ORDER</u>

                              /

      After this civil rights action was closed and judgment duly entered, *see* Dckt. Nos. 9 and 10, plaintiff filed a motion to proceed *in forma pauperis*, Dckt. No. 11. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

      So ordered.

DATED: August 7, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE